**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA04-74ML** **DATE: August 16, 2005**

**TITLE:** **Karen Richardson, et al. V. Nationwide Mutual Insurance Company**

**U.S. MAGISTRATE JUDGE DAVID L. MARTIN**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Joseph Fontes**

**IN COURT:**

---

**COUNSEL PRESENT:** Tom Tarro, Esq.
John Boland, Esq.

**PROCEEDING:** Jury Selection, Voir Dire and Empanelment

14 potential jurors in box.
Voir Dire.
Jury Selection.
8 jurors empaneled.