THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KAREN RICHARDSON and WILLIAM RICHARDSON, JR. | : | |
| vs. | : | C.A. NO.: 04-74ML |
| NATIONWIDE MUTUAL INSURANCE COMPANY | : | |

**MOTION FOR EXPEDITED HEARING**

Now comes the Plaintiffs, Karen Richardson and William Richardson, Jr., and moves this Honorable Court for an Order expediting the hearing on Plaintiffs' Motion to Compel Production and/or Preclude testimony, which has been filed with the Court contemporaneously herewith.

As grounds for their Motion, Plaintiffs rely on the attached Memorandum of Law.

Plaintiffs,
By and Through Their Attorney,

Thomas A. Tarro, III #2046
THE LAW FIRM OF THOMAS A. TARRO, III, ESQ.
The Summit East – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

## CERTIFICATION

I, the undersigned, hereby certify that I sent a copy of the foregoing Motion to Expedite Hearing on the 29 day of August, 2005 to:

John Boland, Esq.
170 Westminster Street
Providence, RI 02903

Judy Jarvis
______________________________

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KAREN RICHARDSON and<br>WILLIAM RICHARDSON, JR. | : | |
| vs. | : | C.A. NO.: 04-74ML |
| NATIONWIDE MUTUAL INSURANCE<br>COMPANY | : | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR EXPEDITED HEARING**

Now comes the Plaintiffs, in the above-entitled matter, and move for an Order of this Honorable Court for an Order expediting the hearing on Plaintiffs' Motion to Compel Production and/or to Preclude testimony at trial

As grounds for their Motion, Plaintiffs state as follows:

1. The deposition of the Defendant's insurance adjuster, Andy Weber, was noticed to take place on August 23, 2005 at the law offices of Plaintiffs' counsel.[1] Said notice included a request that the deponent bring with him to the deposition all document files, including computer generated files (computer generated file can be downloaded to a disc for the purposes of the deposition) related to the loss of Karen Richardson and William Richardson, Jr. at property location 1933 Middle Road, East Greenwich, Rhode Island; dated of loss: June 21, 2002.

[1] The deposition had been first noticed to take place on September 20, 2004, but was rescheduled to several dates thereafter prior to the deposition actually taking place on August 23, 2005.

2. The Defendant filed no objection to the Plaintiffs' Notice of Deposition, and particularly that portion of the Notice which required the deponent to bring with him his file and any computer file related to the Plaintiffs' claim.

3. On August 23, 2005, Andy Weber appeared for his deposition. He failed to bring with him his file, including his computer generated file, regarding the Plaintiffs' claim, nor did the Defendant produce a privilege log identifying any documents which Defendant deemed were privileged, in accordance with the requirements of Rule 26 of the Federal Rules of Civil Procedure.

4. The Plaintiffs' counsel was forced to suspend the deposition of Mr. Weber because he was unable to answer even the simplest question posed to him concerning the Plaintiffs' claim. The deponent did testify, however, that the information necessary to answer the questions posed by Plaintiffs' counsel was within his files regarding the Plaintiffs' claim.

5. The trial in this matter is scheduled to take place on September 13, 2005.

6. Plaintiffs have filed a Motion to Compel Production of Documents and to reconvene the deposition /or Preclude Testimony of Mr. Weber at trial because Plaintiffs' counsel was unable to conduct any meaningful inquiry of the deponent at his deposition due to his failure to bring his file concerning the Plaintiffs' claim with him to deposition. Moreover, it is undisputed that Mr. Weber acknowledged at his deposition that the information necessary to answer the questions posed to him were within his files.

7. Plaintiffs seek an Order of the Court scheduling an expedited hearing on the Plaintiffs' Motion, in view of the imminent trial date.

8. Plaintiffs state that they will be unduly prejudiced if the instant Motion is not heard and resolved prior to trial.

WHEREFORE, Plaintiffs move for an Order of the Court granting their request for an expedited hearing on the Plaintiffs' Motion to Compel Production of Documents and/or to preclude the testimony of Andy Weber at trial in this matter.

Plaintiffs,
By and Through Their Attorney,

Thomas A. Tarro, III #2046
THE LAW FIRM OF THOMAS A. TARRO, III, ESQ.
The Summit East – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

**CERTIFICATION**

I, the undersigned, hereby certify that I sent a copy of the foregoing Memorandum in Support of Motion to Expedite Hearing on the 29 day of August, 2005 to:

John Boland, Esq.
170 Westminster Street
Providence, RI 02903