UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA 04-074ML** **DATE: September 13, 14, 2005**

**TITLE: Karen Richardson, et al. v. Nationwide Mutual Insurance Co.**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**
**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**

IN COURT

---

**COUNSEL PRESENT:**
**Thomas A. Tarro III (for pltfs); John M. Boland (for deft)**

**JURY TRIAL**

**Jury Trial - Day One - September 13, 2005**

**All counsel of record present. Juror #2 is excused before trial commences. Jury is sworn & preliminary instructions are given. Messrs. Tarro & Boland present their opening arguments. W-1 (K. Richardson) sworn. DX & CX, RDX of W-1. (After lunch recess, Juror #6 is excused on motion of Mr. Tarro, with no objection from Mr. Boland.)**
**W-2 (G. Wiseman) sworn. DX & CX of W-2. Pltf rests. Out of jurors' presence, Mr. Boland moves for judgment as matter of law on single issue of the applicable insurance contents that would be afforded in this case for the "1933 Middle Road" address. Mr. Tarro responds. Court: motion granted as to that issue. Defense presents its case. W-3 (W. Richardson) sworn. DX & CX of W-3. Thirty-two exhibits are admitted; four exhibits are marked for "ID only".**

**Jury Trial - Day Two - September 14, 2005**

**All counsel of record present. W-4 (J. Flaherty) sworn. DX & CX of W-4.**
**Two exhibits are admitted "full"; four exhibits are marked for "ID only". Defense rests; no rebuttal testimony from pltf. Jurors are excused for the day. Out of jurors' presence, counsel address deft's motion to strike pltf's exhibits 14 & 15 as "full" exhibits. Mr Tarro advises the Court that he will need more time to address same. Court reserves ruling at this point. Mr. Tarro next makes a motion for judgment pursuant to Rule 50 with regard to the "extra expense" issue (DENIED) and, re: an entry of judgment as to the $20K tendered to the pltf today as to "covered property". Court advises Mr. Tarro that this request is a different issue than a motion under Rule 50, and thus no ruling is made. Charge conference to be held in Chambers at 2:30 p.m. today after counsel has had a chance to review draft of jury instructions. Closing arguments & final jury instructions set for Thu., 9/15/05.**

**NOTE: Before charge conference was set to commence, counsel notified the Court that a settlement agreement had been reached between the parties. In open court, the settlement was formalized on the record: pltf has agreed to accept monetary settlement from deft. Mr. Boland to prepare dismissal stipulation. Jurors are contacted and notified that trial has ceased.**