AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## District of Rhode Island

Karen Richardson, et al. v. Nationwide Mutual Insurance Co.

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA 04-074ML

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mary M. Lisi | Thomas A. Tarro III | John M. Boland |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/13/2005 to 9/14/2005 | Karen Zinni | John Duhamel |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| 9.13.05 → | | → | | | W-1 KAREN RICHARDSON |
| 27 | | 9.13.05 | | ✓ | Catalog |
| 28 | | " | | ✓ | Catalog |
| 29 | | " | | ✓ | Catalog |
| 30 | | " | | ✓ | Catalog |
| 31 | | " | | ✓ | Catalog |
| 1 | | " | | ✓ | Insurance policy |
| 2 | | " | | ✓ | Business owner policy declarations |
| 3 | | " | ✓ | | supplemental declarations |
| 4 | | " | | ✓ | special property coverage form |
| 5 | | " | | ✓ | Coverage for debris removal |
| 6 | | " | | ✓ | Coverage for business income loss |
| 7 | | " | | ✓ | Coverage for extra expenses |
| 18 | | " | | ✓ | photo - fire loss |
| 19 | | " | | ✓ | photo - fire loss |
| 20 | | " | | ✓ | photo - fire loss |
| 21 | | " | | ✓ | photo - fire loss |
| 22 | | " | | ✓ | photo - fire loss |
| 23 | | " | | ✓ | photo - fire loss |
| 24 | | " | | ✓ | photo - fire loss |
| 25 | | " | | ✓ | photo - fire loss |
| 12 | | | | ✓ | Invoice - waste disposal |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Karen Richardson, et al. v. Nationwide Mutual Insurance Co.

CASE NUMBER: CA04-074ML

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 13 | | 9.13.05 | | ✓ | payroll records - debris removal |
| 9 | | " | ✓ | | inventory list - destroyed property |
| 10 | | " | ✓ | | misc. invoices - woodworking products |
| 11 | | " | ✓ | | misc list of tools & equipment |
| 14 | | " | | ✓ | list of customer furniture |
| 15 | | " | | ✓ | list of furniture replaced |
| 16 | | " | | ✓ | list of finishers hired |
| 8 | | " | | ✓ | proof of Claim filed 2.11.04 |
| 32A | | " | | ✓ | 2 photos - burned property |
| 32B | | " | | ✓ | 2 photos - burned property |
| 32C | | " | | ✓ | 2 photos - burned property |
| → | | | | | W-2 GERALD M. WISEMAN, CPA |
| 33 | | 9.13.05 | | ✓ | Richardsons' Tax Return - 2002 |
| 17 | | " | | ✓ | Computation of fire loss |
| → | | | | | W-3 WILLIAM RICHARDSON, JR. |
| | D | 9.13.05 | | ✓ | BFI Dumpster Invoices |
| | E | " | | ✓ | Quaker Lane Tool Invoices |
| | | | | | |
| 9.14.05 → | | | | | JOHN FLAHERTY, CPA |
| | F | 9.14.05 | | ✓ | CV of JOHN FLAHERTY |
| | M | " | | ✓ | Flaherty report (2/11/05) |
| | K | " | ✓ | | Flaherty Spreadsheet (2/10/05) |
| | G | " | ✓ | | Flaherty report (7/30/04) |
| | H | " | ✓ | | Flaherty report (8/30/04) |
| | I | " | ✓ | | Flaherty report (10/25/04) |
| | | | | | |
| | | | | | |