UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED

OCT 19 2005

Property of U.S. District Court
District of Rhode Island

KAREN RICHARDSON and WILLIAM RICHARDSON, JR.

vs. C.A. No. 04-74ML

NATIONWIDE MUTUAL INSURANCE COMPANY

DISMISSAL STIPULATION

The above-entitled case is dismissed with prejudice; no interest, no costs.

PLAINTIFFS
By their attorney,

Thomas A. Tarro III

Thomas A. Tarro, Esquire #2046
The Law Firm of Thomas A. Tarro, III, Esq.
The Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886
(401) 737-7200
Fax: (401) 732-3362

NATIONWIDE MUTUAL INS. CO.
By its attorney,

John M. Boland

John M. Boland, Esquire #2945
REYNOLDS, DeMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861

DATED: 9-26-05

Enter: Mary M. Lisi USDJ 10/20/05